UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants. | 1:04-CV-05595-OWW-DLB-P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br>(DOCUMENT #21) |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On June 29, 2005, defendants Scribner, Galaza, Yale, Andrews, Drew, Buckley, and Fujioka filed a request to extend time to file a responsive pleading to plaintiff's January 29, 2004 complaint. Due to the fact that defendants Scribner, Galaza, Yale, Andrews, Drew, Buckley, and Fujioka filed an answer to the complaint on July 15, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants' request to extend time to file a responsive pleading is GRANTED nunc pro tunc to July 5, 2005.

    IT IS SO ORDERED.

Dated: __August 23, 2005__          __/s/ Dennis L. Beck__
3c0hj8                                                                     UNITED STATES MAGISTRATE JUDGE