# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>A.K. SCRIBNER, et. al.,<br><br>              Defendants.<br>_____/ | CV F 04-5595 OWW DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT<br>[DOC # 43] |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 21, 2005, plaintiff field a motion to amend the complaint seeking to substitute the name of a Doe defendant and add additional facts supporting his claims.  Because defendants have already answered the complaint, the Court HEREBY ORDERS defendants to respond to plaintiff's motion within 10 days.  Failure to file a response to the motion will be treated by the Court as non-opposition to the motion.

    IT IS SO ORDERED.

    Dated:   **November 23, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                                     UNITED STATES MAGISTRATE JUDGE

1