IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW LOPEZ,**<br><br>              Plaintiffs,<br><br>   v.<br><br>**A. K. SCRIBNER, et al. ,**<br><br>              Defendants. | NO. CIV F -04-5595 OWW DLB P<br><br>**ORDER [PROPOSED]** |

On December 16, 2005, Defendants filed a motion to dismiss along with a request to act in excess of time. Defendants further filed a declaration of defense counsel setting forth the basis for the request to act in excess of time.

Upon careful examination of the moving documents, the Court finds good cause and grants Defendants' motion to act in excess of time, *nunc pro tunc,* to October 28, 2005. Defendants' motion to dismiss will be addressed in due course once Plaintiff has the opportunity to file an opposition and Defendants a reply.

IT IS SO ORDERED.

04pc5595.ext.lopez2002.wpd

Dated:     **December 22, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                             UNITED STATES MAGISTRATE JUDGE