# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ, | CV F 04-5595 OWW DLB P |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER |
| v. | |
| A.K. SCRIBNER, et. al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 21, 2005, plaintiff filed a motion for a protective order seeking an order requiring defendants to maintain his social security number and drivers license as confidential. The Court HEREBY ORDERS defendants to respond to plaintiff's motion within 10 days. Failure to file a response to the motion will be treated by the Court as non-opposition to the motion.

IT IS SO ORDERED.

Dated:  **December 27, 2005**             **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

1