1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW LOPEZ, | | CV F 04-5595 OWW DLB P |
| | Plaintiff, | ORDER GRANTING PARTIES' REQUESTS TO FOR EXTENSION PENDING COURT'S RULING ON DEFENDANTS' MOTION TO DISMISS |
| | v. | |
| A.K. SCRIBNER, et. al., | | [DOCS 58, 66, 68, 70] |
| | Defendants. / | |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 20, 2005, defendants filed a motion to dismiss this action based on plaintiff's failure to exhaust the required administration remedies.  On January 5, 2006, plaintiff filed an opposition to defendants' motion to dismiss and also a motion to stay proceedings in which he requested additional time to respond to defendants' motion to dismiss and an extension for discovery.  On January 10, 2006, defendants filed an opposition to plaintiff's motion to stay proceedings but indicated that they did not object to a stay pending resolution of the motion to dismiss.  On January 25, 2006, defendants filed a motion for protective order, or in the alternative, motion for extension of time to respond to discovery.  On January 27, 2006, plaintiff filed a request for leave to file a supplemental opposition to defendants' motion to dismiss and on February 7, 2006, plaintiff filed a request to extend the discovery deadline.

      Based on the parties' respective requests, the Court finds good cause to grant the

1 | requested extensions.  Accordingly, the Court HEREBY ORDERS as follows:

2 |     1.    Defendants' are granted an extension of 45 days from this order in which to
3 |         respond to all outstanding discovery;
4 |     2.    Plaintiff is granted 15 days from the date of this order to file supplemental
5 |         opposition to defendants' motion to dismiss; and
6 |     3.    The discovery deadline is extended to May 28, 2006.

IT IS SO ORDERED.

Dated:    **February 9, 2006**                 **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE