UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05595-OWW-DLB-P<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER ALLOWING DEFENDANTS TO ACT IN EXCESS OF TIME** (Doc. 65, 72)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 73) |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 31, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On April 28, 2006, plaintiff filed objections to the

Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Objections to the Magistrate's Order Granting Defendants Request to Act in Excess of Time is OVERRULED;
2. The Findings and Recommendation, filed March 31, 2006, are ADOPTED IN FULL;
3. Defendants' motion to dismiss plaintiff's claims against defendant Yale for failure to exhaust the available administrative remedies is DENIED;
4. Defendants' motion to dismiss the remaining claims and defendants for failure to exhaust the available administrative remedies is GRANTED;
5. Defendants' motion to dismiss this action in its entirety based on plaintiff's failure to exhaust some of his claims is DENIED; and
6. This action shall proceed on plaintiff's claim against defendant Yale for deliberate indifference to serious medical needs in withholding prescribed soft shoes.

IT IS SO ORDERED.

**Dated:  June 1, 2006**          /s/ Oliver W. Wanger
emm0d6                     UNITED STATES DISTRICT JUDGE