IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ANDREW LOPEZ,** | NO. 1:04-CV-05595 OWW DLB P |
| Plaintiffs, | **ORDER** |
| v. | |
| **A. K. SCRIBNER, et al. ,** | |
| Defendants. | |

On June 27, 2006, Defendant Yale filed a request to act in excess of time after Plaintiff brought to his attention the fact that Yale, in responding to Plaintiff's statement of undisputed facts filed in support of his dispositive motion, overlooked two of the eighteen statements filed by Plaintiff.  Yale explained that it was through workload and excusable neglect that statement Nos. 17 and 18, were not addressed.  He has simultaneously with his request, filed an amended response.

Good cause appearing, Defendant's request is granted.  Defendant's amended response to Plaintiff's statement of undisputed facts is hereby filed *nunc pro tunc* to June 16, 2006, when Defendant filed his original response.

IT IS SO ORDERED.

Dated:   **June 30, 2006**          **/s/ Dennis L. Beck**
3c0hj8                             UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1