UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>GERALDA, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05595-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 79)<br><br>**ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE CONSTRUED AS A MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 77) |

    Plaintiff, Andrew Lopez ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 31, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On July 5, 2006, defendant filed objections to the Magistrate Judge's Findings and Recommendations. On July 6, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 31, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed May 1, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:   August 17, 2006**           /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE