1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,                                    CV F 04-5595 OWW DLB P

                Plaintiff,       ORDER DIRECTING DEFENDANTS TO
RESPOND TO PLAINTIFF'S MOTION FOR
    v.                                         PRELIMINARY INJUNCTION

A.K. SCRIBNER, et. al.,

              Defendants.
_____/

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 13, 2006, plaintiff filed a motion fir preliminary injunctive relief requesting order that he be provided his medically prescribed shoes. Defendant has not filed a response to the motion.

     Findings and Recommendations regarding defendant's motion for summary judgment are currently pending before the District Court.  Defendant is HEREBY ORDERED to file any opposition to plaintiff's motion for preliminary injunction within 20 days of the Court's ruling on the Findings and Recommendations.  Failure to file a response to the motion will be treated by the Court as non-opposition to the motion.

     IT IS SO ORDERED.

    **Dated:   March 7, 2007**              **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

1