1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,                                     CV F 04-5595 OWW DLB P

                    Plaintiff,          ORDER RE PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER

    v.                                          Doc # 55

A.K. SCRIBNER, et. al.,

                    Defendants.

_____/

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 21, 2005, plaintiff filed a motion for a protective order seeking an order requiring defendants to maintain his social security number and drivers license as confidential.  Defendants filed a response to the motion on January 4, 2006 wherein they agree that they will not publish plaintiff's social security or driver's license numbers in any manner whereby the general public could easily acquire such information and use it for an unlawful purpose.

     Accordingly, the Court finds the requested protective order is unnecessary and HEREBY DENIES plaintiff's motion on that basis.

    IT IS SO ORDERED.

    **Dated:**   **March 7, 2007**                      **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

1