UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ, | 1:04-cv-05595-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 120) |
| vs. | **ORDER DENYING MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** (Docs. 81, 87) |
| A.K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff, Andrew Lopez ("plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 23, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On February 7, 2007, both plaintiff and defendant filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed January 23,
8 2007, are ADOPTED IN FULL;
9    2.   Plaintiff's motion for summary judgment, filed June 6,
10 2006, is DENIED;
11    3.   Defendant's cross-motion for summary judgment, filed
12 June 16, 2006, is DENIED; and,
13    4.   This matter proceed to trial on plaintiff's Eighth
14 Amendment claim against defendant Yale.
15 IT IS SO ORDERED.

**Dated:   March 12, 2007**           /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE