1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

ANDREW LOPEZ,                                             CASE NO. CV-F-04-5595 DLB P

12

               Plaintiff,                         _____ORDER PROVIDING TRAVEL
                                                         EXPENSE FOR PLAINTIFF'S PROPOSED

13
                                                         UNINCARCERATED WITNESSES

14
15

     vs.

16

SCRIBNER, et al.,

17

               Defendants.

_____/

18
19
20
21
22
23
24
25
26
27
28

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 26, 2007, the Court issued its Second Scheduling Order setting this matter for trial on August 21, 2007.  In the Order, the Court advised plaintiff of the procedure for obtaining the attendance of unincarcerated witnesses who refuse to testify voluntarily.  The Court advised plaintiff that he must first notify the Court in writing of the name and location of each unincarcerated witness and that the Court would then calculate the travel expense for each unincarcerated witness and notify plaintiff of the amount(s).

        On June 27, 2007, plaintiff submitted the names of two unincarcerated witnesses.  The witnesses are located in Corcoran, California.

        The round trip mileage from Corcoran to Fresno is 130 miles.  The mileage rate is $.445 per

1

1   mile.  Accordingly, for each witness from Corcoran California, plaintiff must submit a money order

2   made payable to the witness in the amount of $113.43 ($40.00 witness fee plus $73.43 mileage).

3          Plaintiff is reminded that <u>the subpoenas will not be served upon the unincarcerated witness by</u>

4   <u>the United States Marshal unless the money order is tendered to the court</u>.  Because no statute authorizes

5   the use of public funds for these expenses in civil cases, the tendering of witness fees and travel

6   expenses is required even if the party was granted leave to proceed in forma pauperis.  Due to apparent

7   delay in getting the information to plaintiff, the Court shall extend the deadline for receipt of the funds.

8   **If plaintiff wishes to have the Marshal serve any unincarcerated witnesses who refuse to testify**

9   **voluntarily, plaintiff must submit the money orders to the court no later than the date of the**

10  **pretrial conference, July 27, 2007.**

11         IT IS SO ORDERED.

12      **Dated:    June 28, 2007**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28