IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ, | 1:04-cv-5595 DLB (PC) |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENAS BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| vs. | |
| A.K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. The court previously ordered plaintiff to provide information for each witness being commanded to appear and a money order made payable to each witness as required for payment of witness fees and mileage. Plaintiff has submitted the required papers. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

        (1) One completed and issued subpoena to be served on each of the following witnesses:

            (A) D. ADAMS, and

            (B) J. CASTRO;

        (2) One completed USM-285 form for each witness to be served;

(3) Two money orders:

    (A) #57083062916 in the amount of $113.43, made payable to D. ADAMS,

    (B) #57083062905 in the amount of $113.43, made payable to J. CASTRO;

and

(4) One copy of this order for D. ADAMS, one copy for J. CASTRO, and an extra copy for the Marshal.

2. Within ten (10) calendar days from the date of this order, the United States Marshal is directed to personally serve the subpoenas and money orders on D. ADAMS and J. CASTRO in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5. Within five (5) calendar days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:    August 3, 2007        /s/ Dennis L. Beck
        3c0h        UNITED STATES MAGISTRATE JUDGE