# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ, | CV F 04-5595 OWW DLB P |
| Plaintiff, | ORDER RE PLAINTIFF'S WITNESS JASON GERAY |
| v. | [DOC # 159] |
| A.K. SCRIBNER, et. al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This case is scheduled for a jury trial beginning August 21, 2007.  On August 10, 2007, the Court held a further Trial Confirmation hearing in which plaintiff requested that his former cell mate, Jason Geray K- 45960, be transported to the Court to be a witness at trial.  The Court indicated that if Mr. Geray was incarcerated, an Order could be issued for his transport.  Plaintiff is advised that subsequent to the hearing, the Court confirmed that Mr. Geray no longer in custody and is on parole.  The Court therefore cannot issue an order for the transport of this now unincarcerated witness.

    IT IS SO ORDERED.

    Dated:   **August 10, 2007**             **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE