# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>A.K. SCRIBNER,<br><br>          Defendant.<br>_____/ | CASE NO. 1:04-5595 OWW-DLB-P<br><br>**FURTHER SCHEDULING ORDER**<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing:</u>     March 21, 2008, at 2:30 p.m. in<br>                    Courtroom 9 (DLB) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Eighth Amendment claims against defendant Yale ("defendant").

On August 22, 2007, the Court granted Plaintiff's motion for a continuance of the trial. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the court will, by this order, set a further schedule for this litigation.

Discovery in this case is re-opened as to the following only: (1) Dr. Purtz' examination of plaintiff in August 2007; and (2) Plaintiff's witness Trinidad Fernandez K-98265. All discovery permitted under this Order must be completed by November 30, 2007.

On or before November 15, 2007, Defendant shall either: (1) file and serve an updated report from Dr. Purtz, which includes his findings from his examination of Plaintiff in August 2007; or (2) file and serve a formal withdrawal of Dr. Purtz as an expert witness.

On or before December 30, 2007, plaintiff shall file and serve his expert witness designation and expert report, if plaintiff seeks to call his own expert witness at trial.

This matter is set for a further telephonic trial confirmation hearing before the undersigned on **March 21, 2008, at 2:30 p.m.** in Courtroom 9;

The parties shall file updated pre-trial statements in accordance with the schedule set forth herein.

Counsel for Defendant shall facilitate Plaintiff's access to his medical file.

Accordingly, the court HEREBY ORDERS as follows:

1. This matter is set for telephonic trial confirmation hearing before the undersigned on **March 21, 2008, at 2:30 p.m.** in Courtroom 9;

2. Counsel for defendant is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5670**;

3. Plaintiff shall serve and file a pre-trial statement as described in this order on or before **February 21, 2008**;

4. Defendant shall serve and file a pre-trial statement as described in this order on or before **March 10, 2008**;

5. In addition to electronically filing his pre-trial statement, Defendant shall e-mail the pre-trial statement to: dlborders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **August 27, 2007**           /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE