EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-5686
  Fax: (916) 324-5205
  Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendant Yale

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ANDREW LOPEZ,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**A. K. SCRIBNER, et al.,**<br><br>                    Defendants. | NO. 1:04-CV-05595 OW OWW DLB P<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DISCOVERY** |

      Under Local Rule 6-144(a), the parties stipulate as follows:

      1.    Defendants shall have an additional seven days from the date of this filing, to and including December 7, 2007, to conduct the deposition of Inmate Trinidad Fernandez. The parties have rescheduled the deposition for December 7, 2007, at 12 p.m., to take place in person, at Corcoran State Prison, with Plaintiff present. The deposition had been previously scheduled for November 30, 2007. However, due to repeated technical difficulties with video conference equipment, the parties need the additional seven days to conduct the deposition in person.

2. There have been no previous extensions of time granted for the purpose of conducting Inmate Fernandez' deposition.

DATED: November 30, 2007        */s/ Rebecca M. Armstrong-Grau*

               Rebecca M. Armstrong-Grau
               Deputy Attorney General
               Attorneys for Defendants

DATED: November 30, 2007        */s/ Andrew Lopez*

               Andrew Lopez
               Plaintiff in Pro Per

IT IS SO ORDERED.

**Dated:   November 30, 2007**        **/s/ Dennis L. Beck**
                 UNITED STATES MAGISTRATE JUDGE