# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A.K. SCRIBNER,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. 1:04-5595 OWW-DLB-P<br><br>**ORDER DENYING REQUEST FOR STAY**<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing:</u>　March 28, 2008, at 11:00 a.m. in Courtroom 9 (DLB) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Eighth Amendment claims against defendant Yale ("defendant"). A telephonic trial confirmation hearing is currently set for March 28, 2008 at 11:00 A.M. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

　　　On February 27, 2008, plaintiff filed a notice of appeal of the court's orders denying his motions for the appointment of counsel, as well as a request to stay this action pending resolution of his appeal.

　　　This court is mindful that plaintiff requests a stay of proceedings so that he may proceed with his appeal to obtain the assistance of counsel in this action, and in the telephonic trial confirmation hearing. However, as plaintiff is well aware, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 298, 109 S.Ct. 1814,

1  1816 (1989). In certain exceptional circumstances, the court may request the voluntary assistance
2  of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525 (9th Cir.
3  1997). Without a reasonable method of securing and compensating counsel, this court will seek
4  volunteer counsel only in the most serious and exceptional cases.

5   "When a Notice of Appeal is defective in that it refers to a non-appealable interlocutory
6  order, it does not transfer jurisdiction to the appellate court, and so the ordinary rule that the district
7  court cannot act until the mandate has issued on the appeal does not apply." <u>Nascimento v. Dummer</u>,
8  508 F.3d 905, 908 (9th Cir. 2007).  In this instance, plaintiff's motion for the appointment of counsel
9  is not immediately appealable, <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1330 (9th Cir. 1986).

10   Accordingly, plaintiff's motion for a stay of this action pending resolution of his appeal is
11  HEREBY DENIED, and the telephonic trial confirmation hearing set for March 28, 2008 will
12  proceed as scheduled.

13   IT IS SO ORDERED.

14   Dated:   **March 14, 2008**           **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE