# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>OFFICER YALE,<br><br>            Defendant.<br>_____/ | CV F 04-5595 OWW DLB P<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR PRODUCTION OF SHOES AT TRIAL AS MOOT<br><br>(Doc. 195) |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2008, plaintiff moved for a court order commanding the production of shoes at trial. (Doc. 195).

    This matter was resolved during a telephonic trial confirmation hearing held March 28, 2008. As stated in the amended pre-trial order issued by the court on May 16, 2008, counsel for defendant has agreed to bring a pair of size 8D shoes and size 8EEE/EEEE shoes requested by plaintiff to trial for jury viewing. (Doc. 233). This matter having been resolved, plaintiff's motion filed February 6, 2008 is HEREBY DISREGARDED as moot.

    IT IS SO ORDERED.

Dated:  **May 30, 2008**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE