# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>           Plaintiff,<br><br>   v.<br><br>YALE,<br><br>           Defendant.<br>_____/ | CASE NO. 1:04-cv-05595-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRODUCTION OF X-RAYS**<br><br>**ORDER COMMANDING DR. DIGUCHI TO BRING X-RAYS TO TRIAL**<br><br>(Doc.236)<br><br><u>Jury Trial</u>:   June 17, 2008, at 9:00 a.m. in Courtroom 9 (DLB) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for a jury trial before the undersigned on June 17, 2008. On May 19, 2008, plaintiff filed a motion for reconsideration of the court's order denying plaintiff's request to subpoena the Custodian of Medical Records. Plaintiff requests that the court order the Custodian to bring plaintiff's entire medical file to trial. Plaintiff also requests that the court issue a subpoena commanding witness Dr. Diguchi produce for trial all x-rays taken of plaintiff from January 1, 2001 to present. Plaintiff states that his x-rays are not kept with his medical file. (Doc. 236).

During the telephonic trial confirmation hearing held on March 28, 2008, counsel for defendants agreed to bring to trial plaintiff's medical records, beginning from the time of plaintiff's incarceration at Corcoran, to present. This would include all medical documents relevant to this action. Accordingly, a subpoena commanding the Custodian of Medical Records is unnecessary.

1  Plaintiff's motion for reconsideration for a subpoena commanding the attendance of the Custodian
2  of Medical Records at trial is denied.
3     With respect to plaintiff's motion for a subpoena commanding Dr. Diguchi to produce
4  plaintiff's x-rays from 2001 to present, the court shall grant plaintiff's motion. Dr. Diguchi is
5  ordered to bring with him to trial, all x-rays taken of plaintiff from 2001 to present.
6  ///
7     Based on the foregoing, the court HEREBY ORDERS as follows:
8     1.   Plaintiff's motion for a subpoena commanding the attendance of the Custodian of
9          Medical Records at trial is DENIED;
10    2.   Plaintiff's motion for the production of x-rays taken of plaintiff, from 2001 to
11         present, is GRANTED; and
12    3.   Witness Dr. DiGuchi is HEREBY ORDERED to bring to trial all x-rays taken of
13         plaintiff, from 2001 to present.
14  IT IS SO ORDERED.
15  Dated:   **May 30, 2008**            /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE