FILED

JUN 1 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ, | CASE NO. 1:04-cv-05595-DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JUNE 17, 2008, AT 8:00 A.M. |
| v. | |
| YALE, | |
| Defendant. | |

Plaintiff Andrew Lopez shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, June 17, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 6/17/2008               _____
                               DENNIS L. BECK
                               UNITED STATES MAGISTRATE JUDGE

1