# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ, | CASE NO. 1:04-cv-05595-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT EUGENE ELLIS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| YALE, | |
| Defendant. | |

Jury trial in this matter commenced on June 17, 2008. Inmate witness Eugene Ellis,#C-68764, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 6/18/08

DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

1