FILED
JUN 1 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ, | CASE NO. 1:04-cv-05595-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT TRINIDAD FERNANDEZ IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| YALE, | |
| Defendant. | |

Jury trial in this matter commenced on June 17, 2008. Inmate witness Trinidad Fernandez, # K-98265, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 6/18/08

_____
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

1