FILED

JUN 23 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>YALE,<br><br>    Defendant.<br>_____/ | CASE NO. 1:04-cv-05595-DLB PC<br><br>NOTICE AND ORDER THAT ANDREW LOPEZ IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on June 17, 2008. Plaintiff Andrew Lopez has testified and the proceedings are complete. Plaintiff Andrew Lopez is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 6/23/08                           _____
                                          GARY S. AUSTIN
                                          UNITED STATES MAGISTRATE JUDGE

1