# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YALE,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. 1:04-cv-05595-DLB PC<br><br>**FURTHER SCHEDULING ORDER**<br><br><br>Telephonic Status Hearing: July 25, 2008, at 11:00 a.m. in Courtroom 9 (DLB) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Eighth Amendment claim against defendant Yale ("defendant").

　　　Jury trial was completed in this matter on June 23, 2008 with the jury unable to reach a verdict. The court will, by this order, set a further schedule for this litigation.

　　　The court HEREBY ORDERS as follows:

　　　1.　　This matter is set for telephonic status hearing before the undersigned on **July 25, 2008, at 11:00 a.m.** in Courtroom 9;

　　　2.　　Counsel for defendant is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5670**; and

///
///
///

3. The parties are not required to file status reports.

IT IS SO ORDERED.

Dated: **June 26, 2008**         /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE