UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>YALE,<br><br>    Defendant. | 1:04-cv-05595-DLB (PC)<br><br>ORDER VACATING JULY 29, 2008, ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO ANDREW RICK LOPEZ, CDC # D-86271<br><br>(DOCUMENT #271) |

Plaintiff Andrew Rick Lopez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

Due to the court's calendar, the settlement conference previously set for August 29, 2008 at 9:00 a.m. has been reset to 1:15 pm of the same day. (Doc. 275). Accordingly, the court HEREBY VACATES the order and transportation writ commanding the production of plaintiff at this court on August 29, 2008 at 8:00 a.m (Doc. 271). By separate order, the court shall issue an amended order and writ of habeas corpus ad testificandum, commanding the production of plaintiff to the court on August 29, 2008 at **12:00 p.m.**

///

IT IS SO ORDERED.

    Dated:   **August 20, 2008**           /s/ **Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE