**FILED**

AUG 2 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>        Plaintiff,<br><br>v.<br><br>SCRIBNER, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:04-CV-05595 DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS PARTY-WITNESS IN THIS PROCEEDING, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Settlement Conference was held in this matter on August 29, 2008. The parties have settled the case (the transcript of the hearing is hereby incorporated by reference).

Accordingly, Plaintiff Andrew Lopez, D86271, is no longer needed by the Court as a party-witness in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison.

DATED: August 29, 2008

                                                                /s/ Lawrence J. O'Neill
                                                        LAWRENCE J. O'NEILL
                                                        UNITED STATES DISTRICT JUDGE

1