EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205
 Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ANDREW LOPEZ,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**A. K. SCRIBNER, et al.,**<br><br>　　　　　　　　　Defendants. | CASE NO.: 1:04-CV-05595 OWW DLB P<br><br>**ORDER OF DISMISSAL WITH PREJUDICE ON STIPULATION OF THE PARTIES**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

   The parties to this action have entered into a settlement and stipulated that this action be dismissed. In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), this action shall be dismissed without prejudice as to all Defendants named in this action.

   IT IS SO ORDERED.

   Dated:   **October 4, 2008**　　　　　　　　　　 **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

1