# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>A.K. SCRIBNER, et. al.,<br><br>        Defendants.<br>_____/ | CASE NO.: 1:04-cv-5595 DLB P<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN TRIAL EXHIBITS TO PLAINTIFF<br><br>(Docs. 282, 285) |

Plaintiff Andrew Lopez ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action. This matter was ordered dismissed upon stipulation of the parties on October 6, 2008. (Doc. 284). On September 24, 2008, plaintiff filed a request for the return of his exhibits submitted for trial. Plaintiff resubmitted his motion on October 14, 2008.

Local Rule 39-138(g) states:

> **Withdrawal of Civil Exhibits.** In a civil action, after judgment has become final or upon the filing of a stipulation of the parties waiving the right of appeal, rehearing and a new trial, any party may withdraw any evidentiary exhibit originally produced by that party unless some other person files with the Clerk and serves on all other parties prior notice of a claim or entitlement to the exhibit, in which case the Clerk shall not deliver the exhibit, except with the written consent of all claimants, until the Court has determined the identity of the person entitled thereto.

Judgment has become final in this action and defendant has not filed prior notice of a claim or entitlement to plaintiff's exhibits. Accordingly, the Clerk of the Court is directed to return to plaintiff his trial exhibits.

IT IS SO ORDERED.

Dated:    **November 7, 2008**            /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE

1